**Lori Anne BARTLETT, Appellant,**

v.

**Kelly Ray BUSKER, Respondent.**

**No. WD 63662.**

Missouri Court of Appeals, Western District.

Feb. 22, 2005.

Edward Leon Campbell, Kirksville, MO, for Appellant.

Janet Wake Larison, Grant City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### ORDER

PER CURIAM.

Lori Anne (Busker) Bartlett appeals the trial court's judgment sustaining Kelly Ray Busker's motion to prevent relocation, thereby preventing Bartlett from relocating the couple's two minor children out of state. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).